## BUSH v. THE STATE.

(Decided June 8, 1916.)

APPEAL from Anniston City Court.

Heard before Hon. T. W. COLEMAN, JR.

HARVEY A. EMERSON, for appellant. W. L. MARTIN, Attorney General, for the State.

EVANS, J.—The judgment is affirmed on authority of *Taylor v. State, infra,* 70 South. 949.

## STEPHENS v. THE STATE.

(Decided June 1, 1916.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WM. E. FORT.

No counsel marked for appellant. W. L. MARTIN, Attorney General, and P. W. TURNER, Assistant Attorney General, for the State.

PELHAM, P. J.—Appeal dismissed on authority of *Sanders v. State, infra,* 70 South. 949.

## COOLEY v. THE STATE.

(Decided June 15, 1916.)

APPEAL from Talladega Circuit Court.

Heard before Hon. HUGH D. MERRILL.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

PELHAM, P. J.—Appeal dismissed on authority of *Sanders v. State, infra,* 70 South. 949.

## LONG v. BALTIMORE BARGAIN HOUSE.

(Decided December 14, 1915.)

APPEAL from Walker Law and Equity Court.

Heard before Hon. T. L. SOWELL.

No counsel marked for appellant. DANA PHILLIPS, for appellee.

PELHAM, P. J.—Affirmed for failure to file certificate of appeal in time.